IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                                    CHAPTER 13

ADAM T & ROXANNA M FOSTER                 CASE NO. 10-13541 NLJ

        Debtor(s).

DISMISSED PRIOR TO CONFIRMATION
_____

NOTICE OF TURNOVER OF UNCLAIMED FUNDS
_____

THE CHAPTER 13 TRUSTEE REPORTS THAT DISBURSEMENT CHECKS HAVE BEEN
ISSUED AND MAILED TO CREDITORS AT THEIR LAST KNOWN ADDRESSES.  THE
FOLLOWING CHECKS HAVE NOT BEEN PRESENTED WITHIN THE PRESCRIBED TIME LIMIT
(90 DAYS). ACCOMPANYING THIS NOTICE IS A CHECK PAYABLE TO THE CLERK OF THE
COURT IN A CORRESPONDING AMOUNT, IN ACCORDANCE WITH 11 U.S.C.SECTION 347(a)
AND 3011.

| DATE | CHECK NO. | PAYEE | ADDRESS | AMOUNT |
|------|-----------|-------|---------|--------|
| 01/10/2011 | 032362 | ADAM FOSTER | 5305 SPITZ DRIVE<br>OKC, OK 73135-2345 | $    18.00 |

DATED: 05/12/2011

/s/ John Hardeman
_____

CHAPTER 13 TRUSTEE
P.O. BOX 1948
OKLAHOMA CITY, OK 73101
(405)236-4843

#334/LB